**Order entered January 2, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00229-CR**
**No. 05-19-00230-CR**
**No. 05-19-00231-CR**
**No. 05-19-00232-CR**
**No. 05-19-00233-CR**

**TYRONTAE LOMON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 069973, 069975, 069976, 069977 & 069796**

## ORDER

We **REINSTATE** these appeals.

We abated the appeals for the trial court to hold a hearing to determine the accuracy of the November 21, 2019 corrected volume 5 of the reporter's record. The trial court held a hearing and made findings of fact which were filed in a supplemental clerk's record with this Court.

We **ADOPT** the trial court's finding that the November 21, 2019 corrected volume 5, page 87, line 7 of the reporter's record accurately reflects the proceedings in the trial court ("sentence you to 40 years TDC"). *See* TEX. R. APP. P. 34.6(e)(2).

We **DIRECT** the Clerk to strike volume 5 of the May 10, 2019 reporter's record.

Pending before the Court is the State's December 23, 2019 motion for extension of time to file its brief.  We **GRANT** the motion and **ORDER** the State's brief due on or before January 21, 2020.

/s/     BILL PEDERSEN, III
            JUSTICE